■ In the Matter of FREDERICK P. BAYER, Respondent. KENNETH KRAMER et al., Appellants.— Judgments unanimously affirmed, without costs. No opinion. While it is clear that the two boys involved in these appeals were offenders only because of a single accidental circumstance and not because of any pattern of conduct, the determinations of the court below are supported in law and fact. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SIMONE, alias LOUIS MAINIERI, Defendant-Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of MERRITT-CHAPMAN & SCOTT CORPORATION, Petitioner, against CLARKE BARIDON, INC., Respondent.— Motion dismissed, with leave to the respondent, Clarke Baridon, Inc., to renew after it has properly appeared in this proceeding by an attorney duly licensed to practice under the law of this State (see Civ. Prac. Act, § 236). Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

(Republished)

■ In the Matter of the Intermediate Accounting of GERALD FITZGERALD, as Trustee under the Will of ALEXANDER MORTEN, Deceased. In the Matter of the Accounting of MARJORY MORTEN, as Trustee under the Will of ALEXANDER MORTEN, Deceased. MARJORY MORTEN, Appellant; GERALD FITZGERALD et al., Respondents.— Decree unanimously modified on the facts and in the exercise of discretion so as to provide in the 7th decretal paragraph for an increase to $36,000 per year, and as modified is otherwise affirmed. Costs to all parties filing briefs payable out of the trust estate. Settle order. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ. [See ante, p. 865.]